[No. 55955-9-I. Division One. September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS GUZMAN-GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00393-7, George N. Bowden, J., entered March 17, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56469-2-I. Division One. September 25, 2006.]

ERNEST COULTER ET AL., *Appellants*, v. ASTEN GROUP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34675-0, Sharon S. Armstrong, J., entered May 31, 2005. *Reversed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Grosse, J. Now published at 135 Wn. App. 613.

[No. 56498-6-I. Division One. September 25, 2006.]

*In the Matter of the Marriage of* RONALD C. GARDNER, *Respondent*, and UYEN T. LE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 04-3-02003-8, Kimberly Prochnau, J. Pro Tem., entered June 3 and 23, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 56645-8-I. Division One. September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L.Y., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-00161-7, Suzanne M. Barnett, J., entered May 27, 2005. *Affirmed* by unpublished per curiam opinion.